# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| C.F.S., A MINOR CHILD, B/N/F RICHARD SISSON, JR. AND MISTY SISSON, ET AL. | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 2:19CV00044 |
| v. | ) ) ) | **ORDER** |
| DICKENSON COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, ET AL., | ) ) ) ) ) | By: James P. Jones<br>United States District Judge |
| Defendants. | ) | |

A Motion to Remand having been granted, it is **ORDERED** that this case is hereby REMANDED to the Circuit Court of Dickenson County, Virginia.

The clerk is directed to close the case in this court.

ENTER: February 3, 2020

/s/ *JAMES P. JONES*
United States District Judge